UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JERONE MCDOUGALD, | Case No. 1:18-cv-93 |
| Plaintiff, | Judge Timothy S. Black |
| vs. | |
| ROSEANNA CLAGG, *et al.*, | |
| Defendants. | |

**DECISION AND ENTRY**
**ADOPTING THE REPORT AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 64)**

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on March 20, 2019, submitted a Report and Recommendation recommending that the Plaintiff's motion for leave to amend be denied. (Doc. 64). Plaintiff Jerone McDougald filed an untimely objection on April 11, 2019. ("Objection") (Doc. 71).

The Objection is not well-taken. Initially, the Objection—which was required to be filed by April 3, 2019, but was not filed until eight days later—is untimely and fails as a matter of law. *See Jones v. Warden, Ross Corr. Inst.*, No. 2:11-cv-0871, 2013 WL 6230365, at *2, 2013 U.S. Dist. LEXIS 169658, at * 4 (S.D. Ohio Dec. 2, 2013) ("failure to file timely objections not only waives the right to de novo review of a Magistrate [Judge]'s Report and Recommendation, but dispenses with the need for the district court to conduct any review").

In any event, the Objection fails on the merits. The Objection merely states "Plaintiff would like to object to Report and Recommendation and would request to expand the record once seized property is returned." (Doc. 71). Plaintiff identifies no error in the Report and Recommendation. Accordingly, after reviewing the Report and Recommendation and the Objection, the Court concurs with the Magistrate Judge's conclusion that Plaintiff's motion to amend complaint should be denied.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Report and Recommendation should be and is hereby **ADOPTED** in its entirety.

Accordingly, for the reasons stated above, Plaintiff's motion for leave to amend (Doc. 49) is **DENIED**.

**IT IS SO ORDERED.**

Date: _____

Timothy S. Black
United States District Judge